UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 11-57465 |
| Bernadine A Grabits, | : | Chapter 13 |
| Debtor(s). | : | Judge John E. Hoffman Jr. |

**<u>NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS</u>**

Now comes Faye D. English, Standing Chapter 13 Trustee herein, and pursuant to 11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated:  July 20, 2016                         /s/ Faye D. English
                                              Faye D. English (#0075557)
                                              Chapter 13 Trustee
                                              10 W. Broad Street, Suite 900
                                              Columbus, OH 43215
                                              614-420-2555 telephone
                                              614-420-2550 facsimile
                                              faye.english@ch13columbus.com

<u>Name and Address</u>                       <u>Amount</u>
United Credit Recovery LLC                    $1,518.94
PO Box 953245
Lake Mary, FL 32795